830

No. 84–6517. FLYNN v. SHULTZ, SECRETARY OF STATE. C. A. 7th Cir. Certiorari denied.

No. 84–6528. JAMISON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6531. PATTERSON ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6560. SMITH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–6562. WHITAKER v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 84–6584. PEPPER v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 84–6594. SPANN v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 84–6598. KNOBLAUCH ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 84–6603. IANNACCIO v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 84–6604. LOPEZ v. DALLAS OFFSET, INC. C. A. 5th Cir. Certiorari denied.

No. 84–6615. JONES v. JONES, SUPERINTENDENT, GREAT MEADOWS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 84–6659. JARRAD v. UNITED STATES; and
No. 85–5029. MCMANAMY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 754 F. 2d 1451.

No. 84–6676. BATES v. KERR ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–6679. ESTRADA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.